■ JAY H. FERRILL, JR., an Infant, by MINNIE F. FERRILL, His Guardian ad Litem, Respondent, v. BOARD OF EDUCATION, CENTRAL SCHOOL DISTRICT No. 1, OF THE TOWNS OF MONROE, WOODBURY, BLOOMING GROVE, CHESTER AND TUXEDO, Appellant, et al., Defendant.— Motion by appellant for leave to appeal to the Court of Appeals from an order of this court reversing a judgment in favor of respondent and against appellant and granting a new trial. Motion denied. An appeal from an order of the Appellate Division granting a new trial may be taken as of right on a stipulation for judgment absolute (Civ. Prac. Act, § 588, subd. 3), by a party aggrieved (*Lee* v. *Gander*, 271 N. Y. 568; *Gibbons* v. *Schwartz*, 288 N. Y. 612). Present — Nolan, P. J., Beldock, Murphy, Ughetta and Hallinan, JJ.

■ ARVID JOHANSON, Respondent-Appellant, v. JULIUS JACOBS, Appellant-Respondent.— Motion by appellant-respondent to amend his notice of appeal denied, without costs. (*Sobel* v. *Sobel*, 234 App. Div. 98.) Present — Wenzel, Acting P. J., Beldock, Murphy, Hallinan and Kleinfeld, JJ.

■ SOCIETY OF THE NEW YORK HOSPITAL, Appellant, v. JOHN W. JOHNSON, as Superintendent of Public Works of the State of New York, Respondent.— Motion for leave to appeal to the Court of Appeals granted. The following questions are certified: (1) Was chapter 659 of the Laws of 1927, which exempted plaintiff's land from taking by the State under its sovereign right of eminent domain, repealed by any subsequent statutory enactment or enactments? (2) Was said exemption terminated by any such subsequent statutory enactment or enactments and by defendant's action pursuant thereto? (3) Was the order of this court, entered April 28, 1958, properly made? Present — Nolan, P. J., Beldock, Murphy, Ughetta and Hallinan, JJ.

■ MILTON SOLOMON et al., Copartners Doing Business under the Name of STATE CAMERA EXCHANGE, Respondents, v. TRAVELERS FIRE INSURANCE COMPANY, Appellant.— Motion referred to the court that rendered the decision. Present — Nolan, P. J., Beldock, Murphy, Ughetta and Hallinan, JJ. Motion for reargument denied, without costs. Present — Nolan, P. J., Wenzel, Beldock, Ughetta and Kleinfeld, JJ.

■ WILLIAM SCHAFFER, JR., an Infant, by WILLIAM SCHAFFER, SR., His Guardian ad Litem, et al., Appellants, v. PIOUS SOCIETY OF ST. PAUL, INC., Respondent.— Motion to dismiss appeal granted, without costs, and appeal dismissed. Motion to extend time to perfect appeal denied. Present — Nolan, P. J., Beldock, Murphy, Ughetta and Hallinan, JJ.